GAYLE M. ATHANACIO (State Bar No. 103368)
PETER R. SOARES (State Bar No. 206715)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile:  (415) 543-5472

MARC J. ZWILLINGER *(Pro Hac Vice)*
CHRISTIAN GENETSKI *(Pro Hac Vice)*
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile:  (202) 408-6399

Attorneys for Plaintiff
YAHOO! INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., | No. C 03-01943 RMW ADR |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| KEVIN LUNG d/b/a/ BONANZAOFFERS.COM, PASSIONUP.COM, OPTINDEALS.COM and FREE-GIFT-OFFERS.COM, and DOES 1 through 5, inclusive, | |
| Defendants. | |

-1-

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff YAHOO! INC. voluntarily dismisses the above-captioned action with prejudice.

Dated: September 4, 2003

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
PETER R. SOARES

Attorneys for Plaintiff
YAHOO! INC.

27146396